

**BRIAN QUINN**
Chief Justice

**PATRICK A. PIRTLE**
Justice

**JUDY C. PARKER**
Justice

**LAWRENCE M. DOSS**
Justice

# Court of Appeals

### Seventh District of Texas
### Potter County Courts Building
### 501 S. Fillmore, Suite 2-A
### Amarillo, Texas 79101-2449
### www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 28, 2020

Joseph Charles Campa
TDCJ-ID #02100552
Smith Unit
1313 CR 19
Lamesa, TX 79331

Franklin McDonough
District Attorney
P.O. Box 1592
Pampa, TX 79066
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-20-00364-CR, 07-20-00365-CR, 07-20-00366-CR, 07-20-00367-CR, 07-20-00368-CR

**Style:** Ex parte Joseph Charles Campa

Dear Mr. Campa and Mr. McDonough:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

Vivian Long, Clerk

cc: Honorable Steven R. Emmert (DELIVERED VIA E-MAIL)
Jo Mays (DELIVERED VIA E-MAIL)